*Peter J. Perry* v. *William H. Gerard.* GEORGE WHITE, for complainant; S. S. VIELE, for defendant. Application for defendant to deliver over money to receiver denied, with $10 costs; which complainant is at liberty to offset against his judgment.

*Lyman Crane* v. *Daniel Gibson et al.* A. HAZELTINE, for complainant; S. A. BROWN, for defendants. Decree for specific performance, with costs; and injunction made perpetual.

*Benjamin W. Rogers* v. *Thomas Vermilyea et al.* M. T. REYNOLDS and G. M. SPEIR, for complainant; A. TABER, for defendants. Order appealed from affirmed with costs.

*Thomas J. Boyce* v. *Matilda Boyce.* E. H. ELY, for complainant; S. MERRIHEW, for defendant. *Divorce case.* The

Right to appeal, on bill taken *pro confesso.*

chancellor decided in this case that a defendant who suffers the complainant's bill to be taken as confessed against him, has no right to appeal from the decree on the ground that the evidence before the master was not sufficient to prove the facts charged.

Decree appealed from affirmed with costs.